IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00068-FDW

| MARION LAMONT SHERROD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LAWRENCE PARSONS; JEFFREY WALL; KIERNAN SHANAHAN; K. GOODWIN, Correctional Officer, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for relief from judgment.

Plaintiff is a prisoner of the State of North Carolina and he filed a pro se complaint pursuant to 42 U.S.C. § 1983 contending that the defendants violated his civil rights in connection with an alleged attack he sustained while housed in the Lanesboro Correctional Institution. After conducting an initial review of the § 1983 complaint, the Court found that Plaintiff had failed to state a claim for relief and the complaint was dismissed pursuant to 28 U.S.C. § 1915A(b)(1). (3:15-cv-00068, Doc. No. 8: Order, filed June 1, 2015). Plaintiff filed a motion for reconsideration on or about June 15, 2015, which the Court denied. (Id., Doc. No. 11).

In his present motion for relief from judgment, which was filed some 6-months after the Court denied his motion for reconsideration, Plaintiff again challenges the dismissal of his § 1983 complaint. (Id., Doc. No. 12). The Court has examined the motion and finds that it should be denied for the reasons previously stated.

1

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for relief from judgment is **DENIED**. (Doc. No. 12).

**SO ORDERED**.

Signed: December 28, 2015

Frank D. Whitney
Chief United States District Judge